

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Marc J. Phillips
TEL (302) 884-6581
FAX (302) 658-0380
EMAIL mphillips@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

March 1, 2006

**BY HAND DELIVERY**
United States District Court
  for the District of Delaware
Attn: Clerk of the Court
844 King Street
Wilmington, DE 19801

Re:  Petition of the Members of the *Ad Hoc* Committee of Preferred and Equity Security Holders for Entry of an Order Providing for Relief in the Nature of Mandamus
Civil Action No. 06-136

Dear Sir or Madam:

This firm is co-counsel to the members of the *Ad Hoc* Committee of Preferred and Equity Security Holders ("*Ad Hoc* Committee") in the above-referenced civil action ("Civil Action"). On Tuesday, February 28, 2006, the *Ad Hoc* Committee filed the *Petition of the Members of the Ad Hoc Committee of Preferred and Equity Security Holders for Entry of an Order Providing for Relief in the Nature of Mandamus* [Docket No. 1] ("Petition") in the Civil Action.

The members of the *Ad Hoc* Committee, who hold shares of common stock of Owens Corning ("Owens Corning," and together with its debtor subsidiaries, the "Debtors"), filed and served the Petition yesterday requesting that the Court enter an order directing the United States Bankruptcy Court for the District of Delaware, the Honorable Judith K. Fitzgerald, to adjudicate the *Ad Hoc* Committee's motion (Bankruptcy Docket No. 16496) for (a) confirmation that the automatic stay imposed by Section 362 of the United States Bankruptcy Code does not bar the exercise by Owens Corning shareholders of their right to prosecute an action in the Court of Chancery of the State of Delaware seeking to compel Owens Corning to hold its annual shareholders' meeting required under Delaware law and its own organizational documents that it has failed to hold for over five years, or (b) in the alternative, relief from the automatic stay to prosecute such an action.

The *Ad Hoc* Committee hereby respectfully requests expedited consideration of the Petition as the passage of time could effectively moot the Petition given the current schedule for consideration of the Debtors' pending plan of reorganization.

LAW OFFICES
CONNOLLY BOVE LODGE & HUTZ LLP
Clerk of Court
March 1, 2006
Page 2

      Further, the *Ad Hoc* Committee respectfully requests that the Court enter the attached order directing that responses to the Petition be filed in accordance with D. Del. LR 7.1.2(a) no later than ten (10) days from the filing and service of the Petition, and that replies be filed no later than five (5) days after filing and service of any response.

      Thank you for your assistance with this matter. Should you have any questions regarding the foregoing, please contact Jeffrey C. Wisler, Esquire or the undersigned.

                                 Yours truly,

                                 Marc J. Phillips

Enclosure

cc:    Anthony L. Gray, Esq. (by facsimile w/enc.)
       John C. Elstad, Esq. (by facsimile w/enc.)
       Edward S. Weisfelner, Esq. (by facsimile w/enc.)
       Robert J. Stark, Esq. (by facsimile w/enc.)
       Norman L. Pernick, Esq. (by facsimile w/enc.)
       Edwin Harron, Esq. (by facsimile w/enc.)
       J. Kate Stickles, Esq. (by facsimile w/enc.)
       Sean T. Greecher, Esq. (by facsimile w/enc.)
       Francis A. Monaco, Jr., Esq. (by facsimile w/enc.)
       Richard W. Riley, Esq. (by facsimile w/enc.)
       Marla R. Eskin, Esq. (by facsimile w/enc.)
       Mark T. Hurford, Esq. (by facsimile w/enc.)
       David M. Klauder, Esq. (by facsimile w/enc.)
       William H. Sudell, Jr., Esq. (by facsimile w/enc.)
       Larry Nyhan, Esq. (by facsimile w/enc.)
       Jane W. Parver, Esq. (by facsimile w/enc.)
       James F. Conlan, Esq. (by facsimile w/enc.)
       Andrew A. Kress, Esq. (by facsimile w/enc.)
       Jeffrey C. Steen, Esq. (by facsimile w/enc.)
       Edmund M. Emrich, Esq. (by facsimile w/enc.)

Charles O. Monk, II, Esq. (by facsimile w/enc.)
Peter Van N. Lockwood, Esq. (by facsimile w/enc.)
Jay A. Shulman, Esq. (by facsimile w/enc.)
J. Andrew Rahl, Jr., Esq. (by facsimile w/enc.)
Lewis Kruger, Esq. (by facsimile w/enc.)
John B. Berringer, Esq. (by facsimile w/enc.)
Kenneth Pasquale, Esq. (by facsimile w/enc.)
Howard D. Ressler, Esq. (by facsimile w/enc.)
Denise K. Wildes, Esq. (by facsimile w/enc.)
William S. Katchen, Esq. (by facsimile w/enc.)
Elihu Inselbuch, Esq. (by facsimile w/enc.)
James I. McClammy, Esq. (by facsimile w/enc.)

#449964

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>THE MEMBERS OF THE *AD HOC* COMMITTEE OF PREFERRED AND EQUITY SECURITY HOLDERS,<br><br>Petitioners. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-136 |
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>Debtors. | ) ) ) ) ) ) ) ) ) ) ) | Chapter 11<br>Bankruptcy Case No. 00-3837 (JKF)<br>(Jointly Administered)<br><br>United States Bankruptcy Court for the District of Delaware (Fitzgerald, J., sitting by designation) |

**ORDER SCHEDULING BRIEFING ON PETITION OF THE MEMBERS OF THE *AD HOC* COMMITTEE OF PREFERRED AND EQUITY SECURITY HOLDERS FOR ENTRY OF AN ORDER PROVIDING FOR RELIEF IN THE NATURE OF MANDAMUS**

Upon the request of the *Ad Hoc* Committee of Preferred and Equity Security Holders,

IT IS HEREBY ORDERED THAT:

    1.    Pursuant to D. Del. LR 7.1.2(a), responses to the *Petition of the Members of the Ad Hoc Committee of Preferred and Equity Security Holders for Entry of an Order Providing for Relief in the Nature of Mandamus* [Docket No. 1] are to be filed no later than March 14, 2006.

    2.    Replies are to be filed no later than March 21, 2006.

Dated: _____                _____
                                                             United States District Court Judge

#449871