IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>THE MEMBERS OF THE<br>*AD HOC* COMMITTEE OF<br>PREFERRED AND EQUITY<br>SECURITY HOLDERS,<br><br>Petitioners | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-136 |
| In re:<br><br><br>OWENS CORNING, et al.,<br><br>Debtors. | ) ) ) ) ) ) ) ) ) ) ) | Chapter 11<br>Bankruptcy Case No. 00-3837 (JFK)<br>(Jointly Administered)<br><br>United States Bankruptcy Court for the<br>District of Delaware (Fitzgerald, J., sitting<br>by designation)<br><br>Response Deadline: March 14, 2006<br>Related to Docket Nos. 1, 2, and 3 |

**JOINDER OF JAMES J. MCMONAGLE, LEGAL REPRESENTATIVE
FOR FUTURE CLAIMANTS, IN THE DEBTORS' OBJECTION TO
MOTION OF *AD HOC* COMMITTEE OF PREFERRED AND
EQUITY SECURITY HOLDERS FOR ENTRY OF AN ORDER
<u>PROVIDING FOR RELIEF IN THE NATURE OF MANDAMUS</u>**

James J. McMonagle, Legal Representative for Future Claimants (the "Futures Representative"), by and through his undersigned counsel, hereby joins in the Debtors' Objection to Motion of *Ad Hoc* Committee of Preferred and Equity Security Holders for Entry of an Order Providing for Relief in the Nature of Mandamus (the "Objection").

The Futures Representative joins in support of the Objection and believes that the objections contained therein should be sustained.

| | |
|---|---|
| Dated: March 14, 2006<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

/s/ Sharon M. Zieg
Sharon M. Zieg (No. 4196)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  10900-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
     -and-

KAYE SCHOLER LLP
Michael J. Crames
Jane W. Parver
Edmund M. Emrich
425 Park Avenue
New York, New York  10022
Telephone:  (212) 836-8518
Facsimile:  (212) 836-8689

Counsel for James J. McMonagle, Legal Representative for Future Claimants