**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | Civil Action No. 06-136 (JPF) |
| | : | Related to Docket No. 3 |
| THE MEMBERS OF THE | : | |
| *AD HOC* COMMITTEE OF | : | |
| PREFERRED AND EQUITY | : | Chapter 11 |
| SECURITY HOLDERS, | : | |
| | : | Bankruptcy Case No. 00-3837 (JKF) |
| Petitioners. | : | (Jointly Administered) |
| | : | |
| IN RE: | : | United States Bankruptcy Court for the |
| | : | District of Delaware (Fitzgerald, J., sitting |
| | : | by designation) |
| OWENS CORNING, *et al.*, | : | |
| | : | |
| Debtors. | : | |

AFFIDAVIT OF SERVICE

I, Dedrick Jackson, of Digital Legal Services, LLC, hereby certify that on March 15, 2006, a true and correct copy of the **Objection of Debtors to Motion of Ad Hoc Committee of Preferred and Equity Security Holders for Entry of an Order Providing for Relief in The Nature of Mandamus** was served by first class mail, postage prepaid, on the parties on the attached service list.

DIGITAL LEGAL SERVICES, LLC

By:    */s/ Dedrick Jackson*
Dedrick Jackson
1001 Jefferson Plaza, Suite 100
Wilmington, DE 19801
(302) 888-2060

Subscribed and sworn to before me
This *15* day of March, 2006

*/s/ Susan S. Coleman*
Notary Public

533924.1 3/15/06

**Owens Corning, et al.**
**Service List – Civil Action No. 06-136 (JPF)**

William H. Sudell, Jr., Esquire
Morris, Nichols, Arsht and Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

James L. Patton, Jr., Esquire
Sharon Zieg, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Francis A. Monaco, Jr., Esquire
Monzack and Monaco, PA
400 Commerce Center, 1201 Orange Street
P.O. Box 2031
Wilmington, DE 19899

David M. Klauder, Esquire
Office of the U.S. Trustee
Federal Building, Lockbox 35
844 King Street, Suite 2313
Wilmington, DE 19801

Marc Jeffrey Phillips, Esquire
Connolly Bove, Lodge & Hutz LLP
1007 Orange Street. 8th Floor
PO Box 2207
Wilmington, DE 19899

Richard Cobb, Esquire
Rebecca Butcher, Esquire
Landis, Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

James F. Conlan, Esquire
Larry J. Nyhan, Esquire
Kenneth P. Kansa, Esquire
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603

L. Godron Harriss, Esquire
James I. McClammy, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

J. Andrew Rahl, Jr., Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

James J. McMonagle, Esquire
24 Walnut Street
Chagrin Falls, OH 44022

Edmund M. Emrich, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Peter Van N. Lockwood, Esquire
Julie Davis, Esquire
Walter B. Slocombe, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N. W.
Washington, DC 20005-5802

Martin Bienenstock, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

533924.1 3/15/06

Edward S. Weisfelner, Esquire
Robert J. Stark, Esquire
Brown Rudnick Berlack Israels LLP
7 Times Square Tower
New York, NY  10036

Anthony L. Gray, Esquire, Esquire
John C. Elstad, Esquire
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA  02111

The Honorable John P. Fullam
Senior United States District Judge
The United States District Court for the
    Eastern District of Pennsylvania
United States Courthouse, Room 15614
601 Market Street
Philadelphia, Pennsylvania 19106-1780