IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Civil Action No. 06-136 (JPF) |
| THE MEMBERS OF THE *AD HOC* COMMITTEE OF PREFERRED AND EQUITY SECURITY HOLDERS | Chapter 11 |
| | Bankruptcy Case No. 00-3837 (JKF) |
| Petitioners | |
| | (Jointly Administered) |
| IN RE: | |
| | United States Bankruptcy Court for the |
| OWENS CORNING, et al. | District of Delaware (Fitzgerald, J., sitting by designation) |
| Debtors. | |
| | Related to Docket No. 2 |

**JOINDER OF THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS
IN THE OBJECTION OF DEBTORS TO MOTION OF *AD HOC* COMMITTEE
OF PREFERRED AND EQUITY SECURITY HOLDERS FOR ENTRY OF AN
<u>ORDER PROVIDING FOR RELIEF IN THE NATURE OF MANDAMUS</u>**

The Official Committee of Asbestos Claimants (the "ACC"), by and through its undersigned counsel, hereby joins in the Objection of Debtors to Motion of Ad Hoc Committee of Preferred and Equity Security Holders for Entry of an Order Providing for Relief in the Nature of Mandamus (the "Objection"). The ACC joins in support of the Objection and believes that the objections contained therein should be sustained.

Dated: March 17, 2006              CAMPBELL & LEVINE, LLC

                                   /s/ Mark T. Hurford
                                   Marla R. Eskin (I.D. #2989)
                                   Mark T. Hurford (I.D. #3229)
                                   800 North King Street, Suite 300
                                   Wilmington, DE  19801
                                   (302) 426-1900

                                         –and–

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY  10152-3500
(212) 319–7125

    –and–

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862–5000

Counsel to the Official Committee
  of Asbestos Claimants

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br><br>**THE MEMBERS OF THE *AD HOC* COMMITTEE OF PREFERRED AND EQUITY SECURITY HOLDERS** <br><br>**Petitioners** <br><br>IN RE: <br><br>**OWENS CORNING, et al.** <br><br>**Debtors.** | **Civil Action No. 06-136 (JPF)** <br><br>**Chapter 11** <br><br>**Bankruptcy Case No. 00-3837 (JKF)** <br><br>**(Jointly Administered)** <br><br>**United States Bankruptcy Court for the District of Delaware (Fitzgerald, J., sitting by designation)** <br><br>**Related to Docket No. 2** |

### CERTIFICATE OF SERVICE

I, Mark Hurford, of Campbell & Levine, LLC, hereby certify that on March 17, 2006, I caused a copy of the foregoing to be served upon the individuals on the attached service list via first-class mail unless otherwise indicated.

                                                        */S/ Mark Hurford*
                                                        Mark Hurford (DE No. 3299)

Dated: March 17, 2006

{D0055110:1 }

06-136 Service List

James J. McMonagle, Esq.
24 Walnut Street
Chagrin Falls, OH  44022

James F. Conlan, Esq.
Larry J. Nyhan, Esq.
Sidley Austin
One South Dearborn St.
Chicago, IL 60603

J. Andrew Rahl, Jr., Esq.
Anderson, Kill, & Olick
1251 Avenue of the Americas
New York, NY 10020

Richard Cobb, Esq.
Rebecca Butcher, Esq.
Landis, Rath, & Cobb
919 Market Street, Suite 600
Wilmington, DE 19801

Anthony L. Gray, Esq.
John C. Elstad, Esq.
Brown Rudnick Berlack Israels
One Financial Center
Boston, MA 02111

**HAND DELIVERY**
David Klauder, Esq.
Office of the U.S. Trustee
844 King Street, 2nd Floor
Wilmington, DE 19801

**HAND DELIVERY**
James L. Patton, Jr., Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

L. Gordon Harriss, Esq.
James I. McClammy, Esq.
Davis, Polk, & Wardwell
450 Lexington Avenue
New York, NY 10017

**HAND DELIVERY**
Marc Jeffrey Phillips, Esq.
Connolly, Bove, Lodge, & Hutz
1007 Orange St., 8th Floor
P.O. Box 2207
Wilmington, DE 19899

Martin Bienenstock, Esq.
Weil, Gotshal, & Manges
767 Fifth Avenue
New York, NY 10153

**HAND DELIVERY**
Dedrick Jackson
Digital Legal Services
1001 Jefferson Plaza, Suite 100
Wilmington, DE 19801

Elihu Inselbuch, Esq.
Rita Tobun, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY  10022-4614

**HAND DELIVERY**
William H. Sudell, Jr., Esq.
Morris, Nichols, Arsht, & Tunnell
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899

**HAND DELIVERY**
Francis A. Monaco, Jr., Esq.
Monzack and Monaco
1201 Orange Street
P.O. Box 2031
Wilmington, DE 19899

Edmund M. Emrich, Esq.
Kaye Scholer
425 Park Avenue
New York, NY 10022

Edward S. Weisfelner, Esq.
Robert J. Stark, Esq.
Brown Rudnick Berlack Israels
7 Times Square Tower
New York, NY 10036

The Honorable John P. Fullam
U.S. District Court for Eastern District of Pennsylvania
U.S. Courthouse, Room 15614
601 Market St
Philadelphia, PA 19160-1780

{D0055108:1 }