IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | No. 06-cv-00136 (JPF) |
| | ) | |
| THE MEMBERS OF THE *AD HOC* COMMITTEE OF PREFERRED AND EQUITY SECURITY HOLDERS, | ) ) ) ) | |
| | ) | |
| Petitioners. | ) ) | |
| In re: | ) | Chapter 11 |
| | ) | Case No. 00-3837 (JKF) (Jointly Administered) |
| OWENS CORNING, *et al.*, | ) ) | |
| Debtors. | ) ) ) ) | United States Bankruptcy Court for the District of Delaware (Fitzgerald, J., sitting by designation) |

**NOTICE OF APPEAL FROM ORDER OF SENIOR UNITED STATES
DISTRICT JUDGE JOHN P. FULLAM [Docket No. 9]**

The Members of the *Ad Hoc* Committee of Preferred and Equity Security Holders in the above-captioned cases, by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Third Circuit the Order denying the Petition Of The Members Of The *Ad Hoc* Committee Of Preferred And Equity Security Holders For Entry Of An Order Providing For Relief In The Nature Of Mandamus (Docket No. 9) (the "Order") entered on March 23, 2006 by the United States District Court for the District of Delaware, the Honorable John P. Fullam, Senior District Judge.

The names of all parties to the Order and the names, addressees, and telephone numbers of their respective counsel are as follows:

**Parties:**          **Appellants:**

*The Ad Hoc Committee of Preferred and Equity Security Holders*

Edward S. Weisfelner
Robert J. Stark
BROWN RUDNICK BERLACK ISRAELS LLP
Seven Times Square

New York, New York 10036
(212) 209-4800

-and-

Anthony L. Gray
John C. Elstad
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200

-and-

Jeffrey C. Wisler
Marc J. Phillips
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

**Appellees:**

*Owens Corning, et al.*

Larry Nyhan
James F. Conlan
Jeffrey C. Steen
Shelly A. DeRousse
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

-and-

Guy S. Neal
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

-and-

Norman L. Pernick
J. Kate Stickles
Domenic E. Pacitti
SAUL EWING LLP
222 Delaware Avenue

P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

-and-

Adam H. Isenberg
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-7777

*James J. McMonagle, Legal Representative for the Future Claimants*

Sharon M. Zieg
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19801
(302) 571-6600

-and-

Michael J. Crames
Jane W. Parver
Edmund M. Emrich
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(212) 836-8518

*Official Committee of Asbestos Claimants*

Marla R. Eskin
Mark T. Hurford
CAMPBELL & LEVINE, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

-and-

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor

New York, New York  10152
(212) 319-7125

-and-

Peter Van N. Lockwood
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, D.C.  20005
(205) 862-5000

Dated: April 24, 2006
       Wilmington, Delaware

**CONNOLLY BOVE LODGE & HUTZ LLP**

By:**/s/ Marc J. Phillips**
Jeffrey C. Wisler (No. 2795)
Christina M. Thompson (No. 3976)
Marc J. Phillips (No. 4445)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
mphillips@cblh.com

- and -

**BROWN RUDNICK BERLACK ISRAELS LLP**
Edward S. Weisfelner, Esq.
Robert J. Stark, Esq.
Seven Times Square
New York, New York 10036
(212) 209-4800

-and-

Anthony L. Gray, Esq.
John C. Elstad, Esq.
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200

**CO-COUNSEL TO THE *AD HOC* COMMITTEE[1]**

# 460551v1

---

[1] The current members of the *Ad Hoc* Committee of Preferred and Equity Security Holders are: Catalyst Investment Management Co. LLC, Deutsche Bank Securities, Inc., Hain Capital Group, LLC, Harbinger Capital Partners Master Fund I, Ltd., Plainfield Asset Management, LLC, and Tudor Investment Corporation.

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 24th day of April, 2006, I caused a copy of the **Notice of Appeal from Order of Senior United States District Judge John P. Fullam [Docket No. 9]** to be served as indicated upon the following parties.

**BY HAND DELIVERY**

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Saul Ewing LLP
222 Delaware Avenue
Wilmington, DE 19801

Edwin Harron, Esq.
Sean T. Greecher, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Francis A. Monaco, Jr., Esq.
Monzack & Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Marla R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

David M. Klauder, Esq.
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

William H. Sudell, Jr., Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Richard Cobb, Esq.
Rebecca Butcher, Esq.
Landis, Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

**BY TELEFAX AND FIRST CLASS U.S. MAIL**

Larry Nyhan, Esq.
James F. Conlan, Esq.
Jeffrey C. Steen, Esq.
Sidley Austin LLP
1 South Dearborn Street
Chicago, IL 60603

Jane W. Parver, Esq.
Andrew A. Kress, Esq.
Edmund M. Emrich, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

| | |
|---|---|
| Charles O. Monk, II, Esq.<br>Jay A. Shulman, Esq.<br>Saul Ewing LLP<br>Lockwood Place, 500 East Pratt Street<br>Baltimore, MD 21202 | Peter Van N. Lockwood, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, D.C.  20005 |
| J. Andrew Rahl, Jr., Esq.<br>John B. Berringer, Esq.<br>Howard D. Ressler, Esq.<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 | Lewis Kruger, Esq.<br>Kenneth Pasquale, Esq.<br>Denise K. Wildes, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038 |
| William S. Katchen, Esq.<br>Duane Morris LLP<br>744 Broad Street, Suite 1200<br>Newark, NJ 07102 | Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152 |
| James I. McClammy, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017 | Martin Bienenstock, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |

**BY FIRST CLASS U.S. MAIL**
The Honorable John P. Fullam
Senior United States District Judge
The United States District Court
   for the Eastern District of Pennsylvania
United States Courthouse, Room 15614
601 Market Street
Philadelphia, PA 19106-1780

/s/ Marc J. Phillips
Marc J. Phillips (No. 4445)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 658-9141
E-mail: mphillips@cblh.com

#460557