UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-2411

In Re: Owens Corning, et al.

Members of the Ad Hoc Committee of Preferred and Equity Security,
   Appellant

(Delaware District Civil No. 06-cv-00136)

O R D E R

     In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.



A True Copy:
Marcia M. Waldron

Clerk
United States Court of Appeals
for the Third Circuit

Date: May 22, 2006    Marcia M. Waldron, Clerk
cc:
    (Jeffrey C. Wisler, Esq.
    (Marc J. Phillips, Esq.
    (Christina M. Thompson, Esq.
       (Edward S. Weisfelner, Esq.
       (Robert J. Stark, Esq.
    (Anthony L. Gray, Esq.
    (John C. Elstad, Esq.
    Elihu Inselbuch, Esq.
    Marla R. Eskin, Esq.
    (Andrew A. Kress, Esq.
    (Jane W. Parver, Esq.
       (James L. Patton Jr., Esq.
       (Sharon M. Zieg, Esq.
    (Larry J. Nyhan, Esq.
    (James F. Conlan, Esq.
    (Jeffrey C. Steen, Esq.
    (Shelly A. DeRousse, Esq.
    Guy S. Neal, Esq.
    (Norman L. Pernick, Esq.
    (J. Kate Stickles, Esq.
    (Domenic E. Pacitti, Esq.
    Adam H. Isenberg, Esq.